JOHN P. DESMOND
State Bar No. 005618
ELIZABETH FIELDER
State Bar No. 006294
KENNETH K. CHING
State Bar No. 010542
JONES VARGAS
100 West Liberty Street, 12th Floor
PO Box 281
Reno, Nevada 89504-0281
Telephone: (775) 786-5000
E-mail: jpd@jonesvargas.com
efielder@jonesvargas.com
kching@jonesvargas.com

*Attorneys for Plaintiffs*
*BGRADIA CORPORATION and*
*BGX INTERNATIONAL LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BGRADIA CORPORATION, a Washington Corporation, and BGX INTERNATIONAL LLC, and Nevada limited liability company.<br><br>    Plaintiffs,<br>vs.<br><br>THX LTD., a Delaware Corporation,<br><br>    Defendant. | Case No.  3:10-cv-00787-RCJ-VPC<br><br>**CERTIFICATE REQUIRED BY LR 10-6** |

The undersigned, counsel of record for Plaintiffs, BGRADIA CORPORTION and BGX INTERNATIONAL, LLC, certify that there are no known interested parties other than those participating in this case.

///
///
///
///
///

| | |
|---|---|
| 1 | This representation is made to enable judge of the court to evaluate possible recusal. |
| 2 | Dated this 28th day of December, 2010 |

JONES VARGAS

_____
JOHN P. DESMOND
State Bar No. 005618
ELIZABETH FIELDER
State Bar No. 006294
KENNETH K. CHING
State Bar No. 010542
100 W. Liberty St, 12th Floor
P.O. Box 281
Reno, NV 89504-0281

*Attorneys for Plaintiffs*
*BGRADIA CORPORATION and*
*BGX INTERNATIONAL LLC*