AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | | |
|---|---|---|
| BGRADIA CORPORATION, and BGX INTERNATIONAL, LLC | ) ) ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 3:10-cv-00787-RCJ-VPC |
| THX, LTD. | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  THX LTD.
c/o The Corporation Trust Company
Corporation Trust Center 1209 Orange Street
Wilmington, DE 19801
Telephone: (302) 658-7581

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  John P. Desmond, Esq.
Jones Vargas
100 W. Liberty Street, 12th Floor
Reno, NV 89501
Telephone: (775) 786-5000

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Lance S. Wilson

Clerk                                                             Date

*/s/ Lance S. Wilson*

**Service of Process Affidavit**          **East Coast Process Servers**

Civil Action No. **3:10-cv-00787-RCJ-VPC**

| | |
|---|---|
| BORADIA CORPORATION, a Washington Corporation, and BOX INTERNATIONAL LLC, and Nevada limited liability company.<br><br>        Plaintiffs,<br>vs.<br><br>THX LTD., a Delaware Corporation,<br><br>        Defendant. | Case No.<br><br><br>**COMPLAINT AND DEMAND FOR JURY TRIAL** |

I, <u>Robert B Rodriguez</u>, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:**

The Service of Process was completed on, **Date 1/05/11 @ Time 1:30pm**
   **THX LTD.** c/o **CT Corporation** was served with the following documents:

- Summons in a Civil Action
- Complaint and Demand for Jury Trial

☐ Residence:
☒ Business Address: 1209 Orange Street, Wilmington, DE 19801
**Manner of Service:**
☐ **Personal:** By personally delivering copies to the person being served.

☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of 18 and explaining the general nature of the papers.

**Service of Process Affidavit**          **East Coast Process Servers**

Civil Action No. **3:10-cv-00787-RCJ-VPC**

**Service of Process Affidavit**   **East Coast Process Servers**

Civil Action No. 3:10-cv-00787-RCJ-VPC

**Service Attempts:** Date 1/05/11 @ Time 1:30pm

**\*Description:**   Age:32   Sex: M   Race: W   Height: 5'9" Weight: 200Lbs. Hair: Light brown hair/Balding

**SIGNATURE OF PROCESS SERVER**
**Robert B Rodriguez**

X _(signature)_

SUBSCRIBED AND SWORN to before me this __6__ day of __January__, 2011.

County of __New Castle__

NOTARY PUBLIC for the state of __Delaware__

**Printed name OF NOTARY PUBLIC**
_Christine W Grimes_

**SIGNATURE OF NOTARY PUBLIC**
_Christine W Grimes_

CHRISTINE W. GRIMES
Notary Public
State of Delaware
My Commission Expires on Dec 3, 2014

**Service of Process Affidavit**   **East Coast Process Servers**

Civil Action No. 3:10-cv-00787-RCJ-VPC