JOHN P. DESMOND
State Bar No. 005618
ELIZABETH FIELDER
State Bar No. 006294
KENNETH K. CHING
State Bar No. 010542
JONES VARGAS
100 West Liberty Street, 12th Floor
PO Box 281
Reno, Nevada 89504-0281
Telephone: (775) 786-5000
E-mail: jpd@jonesvargas.com
        efielder@jonesvargas.com
        kching@jonesvargas.com

Attorneys for Plaintiffs
BGRADIA CORPORATION and
BGX INTERNATIONAL LLC

Durie Tangri LLP
JOHANNA CALABRIA (Cal. Bar #226222)
jcalabria@durietangri.com
JOSEPH C. GRATZ (Cal. Bar #240676)
jgratz@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: (415) 362-6666
Facsimile: (415) 236-6300

Attorneys for Defendant THX LTD.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BGRADIA CORPORATION, a Washington Corporation, and BGX INTERNATIONAL LLC, and Nevada limited liability company.<br><br>Plaintiffs,<br><br>vs.<br><br>THX LTD., a Delaware Corporation,<br><br>Defendant. | Case No. 3:10-cv-00787-RCJ-VPC<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT (THIRD REQUEST)** |

WHEREAS Plaintiffs BGRADIA Corporation and BGX International LLC (collectively "Plaintiffs") filed a complaint against Defendant THX Ltd. ("Defendant") on or about December 17, 2010;

WHEREAS the parties, through their respective counsel of record, entered into and filed that certain Stipulation for Extension of Time to Respond to Complaint (First Request), filed January 24, 2011 (Dkt. #6), wherein Plaintiffs agreed to extend the time for Defendant to respond to the complaint to February 2, 2011;

WHEREAS the parties' first request for an extension of time for Defendant to respond to the complaint was subsequently approved by the District Court (Dkt#7);

JONES VARGAS
100 West Liberty Street, Twelfth Floor
P.O. Box 281
Reno, NV 89504-0281
Tel: (775) 786-5000 Fax: (775) 786-1177

1   WHEREAS the parties, through their respective counsel of record, entered into and filed that

2   certain Stipulation for Extension of Time to Respond to Complaint (Second Request), filed

3   February 1, 2011 (Dkt. #8), wherein Plaintiffs agreed to extend the time for Defendant to respond to

4   the complaint to February 25, 2011;

5   WHEREAS the parties' second request for an extension of time for Defendant to respond to

6   the complaint was subsequently approved by the District Court (Dkt#9);

7   WHEREAS Plaintiffs and Defendant, through representatives, since the District Court's

8   approval of the parties' second request for an extension of time, have engaged in further

9   communications with respect to this action, including (i) Plaintiffs providing to Defendant certain

10   financial information and sales projections for BGX products, and (ii) a telephone conference on

11   February 15, 2011;

12   WHEREAS, the parties desire to engage in further discussions and communications

13   regarding this action and the parties' business relationship prior to expending resources on this

14   action, and as a result, have agreed to a third extension of the deadline for Defendant to respond to

15   the complaint;

16   WHEREAS, the parties believe that the additional time will permit the parties to have

17   meaningful discussion of many of the issues raised by this action; and

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

JONES VARGAS
100 West Liberty Street, Twelfth Floor
P.O. Box 281
Reno, NV 89504-0281
Tel: (775) 786-5000   Fax: (775) 786-1177

1    IT IS HEREBY STIPULATED by the parties, through their respective counsel of record,

2   that the time for Defendant to respond to the complaint in this action is extended to Monday,

3   April 11, 2011.

4   DATED this 22nd day of February, 2011            DATED this 24th day of February, 2011.

5   JONES VARGAS                                     DURIE TANGRI LLP

6

7   JOHN P. DESMOND                                  JOHANNA CALABRIA (Cal. Bar. #226222)
    State Bar No. 005618                             jcalabria@durietangri.com
8   ELIZABETH FIELDER                                JOSEPH C. GRATZ (Cal. Bar #240676
    State Bar No. 006294                             jgratz@durietangri.com
9   KENNETH K. CHING                                 217 Leidesdorff Street
    State Bar No. 010542                             San Francisco, CA 94111
10  100 W. Liberty St, 12th Floor                    Telephone: (415) 362-6666
    P.O. Box 281                                     Facsimile:   (415) 236-6300
11  Reno, NV 89504-0281

12  *Attorneys for Plaintiffs*                       *Attorneys for Defendant THX LTD.*
    *BGRADIA CORPORATION and*
13  *BGX INTERNATIONAL LLC*

14

15      IT IS SO ORDERED.

16      DATED this __ day of _____, 2011.

17

18                                                   _____
                                                     HONORABLE ROBERT C. JONES
19                                                   UNITED STATES DISTRICT COURT JUDGE

20

21

22

23

24

25

26

27

28

Page 3 of 3

JONES VARGAS
100 West Liberty Street, Twelfth Floor
P.O. Box 281
Reno, NV 89504-0281
Tel: (775) 786-5000   Fax: (775) 786-1177